UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:07-cv-1150-T-30MAP

JOSEPH STROM,

    Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Stipulation for Dismissal With Prejudice and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Complaint is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. This case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED at United States District Court, Tampa, Florida, this 15 day of April, 2008.

UNITED STATES DISTRICT COURT JUDGE

*copies furnished to:*

Jonathan M. Fordin, Esq., 201 S. Biscayne Blvd., Suite 1500, Miami, FL 33131 (fax: 305-347-7790)
Donald C. Anderson, Esq., P.O. Box 360, St. Petersburg, Florida 33731 (fax: 727-323-3252)